# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEFF STRONG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil Case No.   05-337-MJR** |
| ) | |
| **OLD STATEHOUSE** ) | |
| **HOSPITALITY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**FRAZIER, Magistrate Judge:**

Before the Court are pending motions.  The first items considered are plaintiff's motions seeking discovery.  These motions were filed in violation of Federal and Local Rules, which provide that such requests shall be served but must not be filed until they are used in the proceeding or the Court orders filing. Fed. R. Civ. P. 5(d).  See also Local Rule 26.1(b).  These motions (Doc. Nos. 3 and 4) are ORDERED STRICKEN.

Also pending is defendants' motion to strike the Complaint.  This motion challenges plaintiff's original Complaint.  Because plaintiff's Amended Complaint supercedes the original pleading, defendants' motion to strike (Doc. No. 6) is now MOOT.

Also pending is plaintiff's motion for an order stating that his pauperis status will "cover" deposition expenses.  This request (Doc. No. 35) lacks legal support and is DENIED.  *See McNeil v. Lowney,* 831 F.2d 1368, 1373 (7th Cir. 1987);  *Tabron v. Grace,* 6 F.3d 147, 158-9 (3rd Cir. 1993).

Plaintiff is REMINDED that documents and motions filed in this case must be accompanied by a certificate of service.  Fed. R. Civ. P. 5(d).

**SO ORDERED.**

**DATED:   February 10, 2006   .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**